**2010–1524.   State v. Smith.**
Clark App. No. 08CA0060, 2009-Ohio-5048. On motion for leave to file delayed appeal. Motion denied. BROWN, C.J., dissents.

**2010–1528.   State v. Norris.**
Butler App. No. CA2008–09–025. On motion for leave to file delayed appeal. Motion denied. BROWN, C.J., dissents.